**ROBROY INDUSTRIES INCORPORATED, Plaintiff–Appellant**

v.

**Joseph SCHWALBACH and CL Systems Corporation, Defendants–Appellees.**

No. 08–50457.

United States Court of Appeals, Fifth Circuit.

April 7, 2009.

W. Clayton Gaston, Canon, Short & Gaston, Franklin H. McCallum, Midland, TX, for Plaintiff–Appellant.

Andrew Harper Estes, Billy Blue Hyatt, Lynch, Chappell & Alsup, Midland, TX, for Defendants–Appellees.

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The District Court had jurisdiction to enter the order granting a new trial. Consequently, the present appeal is dismissed because of the absence of a final, appealable order.

DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.